IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| | | |
| v. | : | DATE FILED: |
| | | |
| WELLINGTON SANTANA GORIS | : | VIOLATIONS: |
| a/k/a "Gustavo Diaz Cruz" | | 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), |
| a/k/a "El Viejo" | : | 841(a)(1), (b)(1)(C) (conspiracy to |
| RUMALDO ORTEGA-CONTRERAS | | distribute fentanyl and cocaine – 1 count) |
| a/k/a "Paciente" | : | 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| EMMANUEL REYES | | (distribution of 40 grams or more of |
| a/k/a "Manny" | : | fentanyl – 12 counts) |
| LORENDY FRIAS SANTANA | | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| a/k/a "Gordo" | : | (distribution of fentanyl – 2 counts) |
| EDWARD CORTORREAL | | 21 U.S.C. § 860(a) (distribution of a |
| a/k/a "El Pinguino" | : | controlled substance within 1,000 feet of a |
| YASIER ARISMENDY DE LOS | | protected location – 7 counts) |
| SANTOS MOJICA | : | 18 U.S.C. § 2 (aiding and abetting) |
| a/k/a "El Rey de Graza" | | Notice of forfeiture |
| a/k/a "El Rey" | : | |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

1.     From in or about August 2023 through on or about September 11, 2024, in

Philadelphia, in the Eastern District of Pennsylvania, the District of New Jersey, the Middle

District of North Carolina, and elsewhere, defendants

WELLINGTON SANTANA GORIS,
a/k/a "Gustavo Diaz Cruz,"
a/k/a "El Viejo,"
RUMALDO ORTEGA-CONTRERAS,
a/k/a "Paciente,"
EMMANUEL REYES,
a/k/a "Manny,"
LORENDY FRIAS SANTANA,
a/k/a "Gordo,"

**EDWARD CORTORREAL,**
**a/k/a "El Pinguino,"**
**and**
**YASIER ARISMENDY DE LOS SANTOS MOJICA,**
**a/k/a "El Rey de Graza,"**
**a/k/a "El Rey,"**

conspired and agreed, together and with others known and unknown to the grand jury, to knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

2.      It is further alleged that, with respect to the conspiracy charged in this Count, 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, is attributable to and was reasonably foreseeable to defendants WELLINGTON SANTANA GORIS, RUMALDO ORTEGA-CONTRERAS, EMMANUEL REYES, LORENDY FRIAS SANTANA, EDWARD CORTORREAL, and YASIER ARISMENDY DE LOS SANTOS MOJICA, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

3.      It is further alleged that, with respect to the conspiracy charged in this Count, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, is attributable to and was reasonably foreseeable to defendant WELLINGTON SANTANA GORIS in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and that less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, is attributable to and was reasonable foreseeable to defendants RUMALDO ORTEGA-CONTRERAS, EMMANUEL REYES, LORENDY FRIAS SANTANA, EDWARD CORTORREAL, and YASIER

2

ARISMENDY DE LOS SANTOS MOJICA, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C)

## MANNER AND MEANS

It was a part of that conspiracy that:

1.     Defendants WELLINGTON SANTANA GORIS, RUMALDO ORTEGA-CONTRERAS, EMMANUEL REYES, LORENDY FRIAS SANTANA, EDWARD CORTORREAL, and YASIER ARISMENDY DE LOS SANTOS MOJICA, coordinated with each other, and with others known and unknown to the grand jury, to operate and participate in a drug trafficking organization (the "DTO") to obtain distribution quantities of various controlled substances, including fentanyl and cocaine. Members of the DTO used common suppliers for the controlled substances trafficked by the DTO.

2.     Defendant WELLINGTON SANTANA GORIS was the leader of the DTO and supplied large amounts of controlled substances, primarily fentanyl and cocaine, to the DTO. Defendant SANTANA GORIS obtained this supply in bulk quantities—and at preferable prices—and brought it to the DTO's "stash house" located at 4925 Saul Street, Apartment 3, Philadelphia, PA ("4925 Saul Street"), where other members of the DTO stored, broke down, and packaged the controlled substances for sale to customers. Defendant SANTANA GORIS also obtained and sold firearms. When defendant SANTANA GORIS was not personally available to make transactions, he facilitated transactions by coordinating with other members of the DTO.

3.     Defendant RUMALDO ORTEGA-CONTRERAS also supplied large amounts of controlled substances and firearms to the DTO. Defendant ORTEGA-CONTRERAS regularly obtained these controlled substances from the DTO's stash house at 4925 Saul Street and sold

them to customers of the DTO or provided the controlled substances to other members of the DTO to sell.

4.  Defendant EMMANUEL REYES helped maintain the stash house at 4925 Saul Street. As part of his role in the DTO, defendant REYES processed large quantities of illegal drugs by mixing fentanyl with cutting agents and packaging illegal drugs for resale. Defendant REYES also sold illegal drugs directly to customers.

5.  Defendants LORENDY FRIAS SANTANA, EDWARD CORTORREAL, and YASIER ARISMENDY DE LOS SANTOS MOJICA regularly distributed controlled substances to customers that they retrieved from 4925 Saul Street and coordinated with defendants WELLINGTON SANTANA GORIS, RUMALDO ORTEGA-CONTRERAS, and EMMANUEL REYES to obtain and sell these controlled substances from 4925 Saul Street.

6.  Members of the DTO brought bulk quantities of controlled substances to 4925 Saul Street, which served as the group's central location for coordinating drug sales, storing drugs, mixing drugs, and packaging drugs for sale.  Members of the DTO also kept numerous firearms and ammunition at their stash house at 4925 Saul Street to protect their drug supply and proceeds and to make the firearms available to members of the DTO in furtherance of their drug-trafficking activities. 4925 Saul Street is located within 1,000 feet of Frankford High School, a public high school located at 5000 Oxford Avenue, Philadelphia, Pennsylvania.

7.  On occasion, members of the DTO stored, mixed, packaged, and sold drugs from a second stash house located at 5243 Howland Street, Philadelphia, Pennsylvania, and also kept firearms at that location to protect their drug supply and proceeds.

8.  Members of the DTO discussed with defendant WELLINGTON SANTANA GORIS and with one another how and when to pick up drugs from 4925 Saul Street for sale to

street-level customers. In addition, members of the DTO directed drug business to other members if one of them was unavailable. Members of the DTO ensured that the prices they charged for controlled substances were high enough to repay the group's common suppliers and pooled the proceeds of their drug sales into a common revenue stream that members of the DTO, primarily defendant SANTANA GORIS, used to ensure that the group had a regular supply of drugs to sell.

9.      Defendants WELLINGTON SANTANA GORIS and RUMALDO ORTEGA-CONTRERAS distributed firearms to individuals in and around Philadelphia to develop additional customers for their drug-trafficking operation.

10.     Defendants WELLINGTON SANTANA GORIS, RUMALDO-ORTEGA CONTRERAS, EMMANUEL REYES, and EDWARD CORTORREAL used and shared vehicles with fictitious temporary tags and "traps," or hidden compartments, to transport narcotics to the stash houses and to customers at the point of sale.

11.     Members of the DTO used their cellular telephones to coordinate with each other, and with those outside the DTO, to acquire, transport, and distribute controlled substances throughout Philadelphia.

12.     Members of the DTO used coded language to refer to drugs, drug amounts, and drug packaging. For example, members of the DTO referred to a sample of controlled substances as a "foto" and to controlled substances in general as "work." Members of the DTO referred to long guns as "sticks" and to cocaine as "motor bikes."

13.     The DTO also distributed fentanyl and cocaine outside of Philadelphia. For example, members of the DTO traveled to Massachusetts, where the DTO had drug customers.

The DTO also sourced controlled substances from outside of Philadelphia, including from the state of Georgia.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, defendants WELLINGTON SANTANA GORIS, RUMALDO ORTEGA-CONTRERAS, EMMANUEL REYES, LORENDY FRIAS SANTANA, EDWARD CORTORREAL, and YASIER ARISMENDY DE LOS SANTOS MOJICA, and others known and unknown to the grand jury, committed the following overt acts, among others, in the Eastern District of Pennsylvania, the District of New Jersey, the Middle District of North Carolina, and elsewhere:

1.    On or about August 10, 2023:

    a.    Defendant WELLINGTON SANTANA-GORIS used the telephone to arrange the sale of fentanyl to Person #1, a person known to the grand jury, in the vicinity of 4925 Saul Street, Philadelphia, Pennsylvania.

    b.    Defendant WELLINGTON SANTANA-GORIS drove a white Kia Soul to meet with Person #1.

    c.    Defendant WELLINGTON SANTANA-GORIS sold approximately 102 grams of fentanyl to a Person #1 in exchange for approximately $2,200 in the vicinity of 4925 Saul Street, Philadelphia, Pennsylvania. The sale occurred within 1,000 feet of Frankford High School, a public high school located at 5000 Oxford Avenue, Philadelphia, Pennsylvania.

2.    On or about September 27, 2023:

    a.    Defendant WELLINGTON SANTANA-GORIS sold approximately 41.9 grams of fentanyl and a black 9 mm semi-automatic handgun with a magazine containing 15

rounds to Person #1 in exchange for approximately $3,220 in the vicinity of the ALDI parking lot, located at 7900 Roosevelt Boulevard, Philadelphia, Pennsylvania.

      b.     Later that day, defendant WELLINGTON SANTANA GORIS met with Person #1 in the vicinity of 4925 Saul Street, Philadelphia, Pennsylvania, so that Person #1 could pay defendant SANTANA GORIS the money for the fentanyl and firearm purchase.

      3.     On or about October 11, 2023:

      a.     Defendant WELLINGTON SANTANA GORIS arranged, via telephone, the sale of fentanyl and a firearm to Person #1.

      b.     Defendant WELLINGTON SANTANA GORIS sold approximately 39.7 grams of fentanyl to Person #1 in exchange for approximately $1,500 in the vicinity of 4925 Saul Street, Philadelphia, Pennsylvania.

      c.     Defendant WELLINGTON SANTANA GORIS sold an AR-15 style rifle to Person #1 in exchange for approximately $2,000 in the vicinity of 4925 Saul Street, Philadelphia, Pennsylvania. Before making this sale, defendant SANTANA GORIS drove to the vicinity of 2901 Bridge Street, in Philadelphia, Pennsylvania and retrieved an item from a white Kia Soul.

      4.     On or about November 1, 2023:

      a.     Defendant WELLINGTON SANTANA GORIS arranged, via telephone, the sale of an AR-15 style rifle and a handgun to Person #1.

      b.     Defendant WELLINGTON SANTANA GORIS drove a white Kia Soul, containing a trap compartment and the AR-15 rifle within it, to meet Person #1.

      c.     Defendant WELLINGTON SANTANA GORIS sold Person #1 a black Ruger AR556 rifle bearing serial number 852-43052, loaded with a magazine containing 25

rounds, which defendant SANTANA GORIS retrieved from the trunk of the white Kia Soul, in exchange for approximately $2,000. Defendant WELLINGTON SANTANA GORIS also sold Person #1 a black/tan polymer 80, 9 mm handgun in exchange for approximately $1,100. In addition, defendant SANTANA GORIS distributed to Person #1 a sample of approximately 1.5 grams of fentanyl. The sales all occurred in the vicinity of the Wawa located at 7001 Roosevelt Boulevard, Philadelphia, Pennsylvania.

d.      Defendant WELLINGTON SANTANA GORIS told Person #1 that he intended to share the proceeds from the firearm sale with defendant LORENDY FRIAS SANTANA.

e.      After the sale, defendant WELLINGTON SANTANA GORIS traveled to and entered 5243 Howland Street, Philadelphia, Pennsylvania, where defendant LORENDY FRIAS SANTANA lived.

5.      On or about December 20, 2023, defendants WELLINGTON SANTANA GORIS and RUMALDO ORTEGA-CONTRERAS sold Person #1 a bronze Glock, Model 19 semi-automatic handgun bearing serial number ACBS020, with an extended magazine containing 14 rounds, in exchange for approximately $1,500 in the vicinity of Bingham and East Rockland Streets, in Philadelphia, Pennsylvania.

6.      On or about January 18, 2024:

a.      Defendant RUMALDO ORTEGA-CONTRERAS arranged, via telephone and text message, the sale of a firearm to Person #1.

b.      Defendant RUMALDO ORTEGA-CONTRERAS sold Person #1 a Glock, Model 19X semi-automatic handgun bearing serial number ADLX388, with a magazine containing 18 rounds, in exchange for approximately $1,300 in the vicinity of Bingham and East

Rockland Streets, in Philadelphia, Pennsylvania. During this transaction, defendant ORTEGA-CONTRERAS and Person #1 used the telephone to speak with defendant WELLINGTON SANTANA GORIS about the firearm sale.

      7.     On or about March 7, 2024:

      a.     Defendants WELLINGTON SANTANA GORIS and RUMALDO ORTEGA-CONTRERAS met and spoke with Person #1 and discussed a potential narcotics saleinvolving Person #1 and defendant ORTEGA-CONTRERAS. After this conversation, defendant ORTEGA-CONTRERAS arranged, via an in-person conversation and subsequently via telephone, the sale of a firearm and cocaine to Person #1.

      b.     Defendant RUMALDO ORTEGA-CONTRERAS sold Person #1 a Glock Model 19, Generation 5 semi-automatic handgun bearing serial number BVUB613, with a magazine containing 14 rounds, in exchange for approximately $1,700 in the vicinity of 2800 Magee Avenue, Philadelphia, Pennsylvania.

      c.     Defendant RUMALDO ORTEGA-CONTRERAS distributed to Person #1 a sample of 19 grams of cocaine in the vicinity of 2800 Magee Avenue, Philadelphia, Pennsylvania.

      8.     On or about March 14, 2024, in Trenton, New Jersey, defendant EMMANUEL REYES operated a black GMC SUV with fictitious Pennsylvania registration LXN-4358, which defendant REYES used to transport, or aid the transportation of, approximately 1 kilogram of cocaine, which he possessed with the intent to distribute.

      9.     On or about April 2, 2024:

      a.     Person #1 attempted to purchase narcotics from defendant WELLINGTON SANTANA GORIS, who was unavailable. Person #1 then contacted defendant

LORENDY FRIAS SANTANA by telephone and explained that defendant SANTANA GORIS was not available. Defendant FRIAS SANTANA agreed to sell fentanyl to Person #1 in the vicinity of 5243 Howland Street, Philadelphia, Pennsylvania.

      b.     Defendant LORENDY FRIAS SANTANA sold Person #1 approximately 100 grams of fentanyl in exchange for approximately $2,100 in the vicinity of 5243 Howland Street, Philadelphia, Pennsylvania. During the transaction, defendant FRIAS SANTANA discussed how defendants EMMANUEL REYES, EDWARD CORTORREAL, and WELLINGTON SANTANA GORIS sold narcotics together on other occasions and loaned drugs and/or money to one another.

      c.     Defendant LORENDY FRIAS SANTANA went to 5243 Howland Street, Philadelphia, Pennsylvania, and entered the property, after selling fentanyl to Person #1.

    10.    On or about April 17, 2024:

      a.     Defendant RUMALDO ORTEGA-CONTRERAS arranged, via telephone and text message, the sale of a firearm with a "switch" to Person #1.

      b.     Defendant RUMALDO ORTEGA-CONTRERAS sold Person #1 a black Glock Model G35 Gen4, .40 caliber semi-automatic firearm bearing serial number YGA396, with a magazine containing eight (8) rounds and a silver auto-sear device, in exchange for approximately $1,300 in the vicinity of 2853 Jasper Street, Philadelphia, Pennsylvania.

    11.    On or about May 8, 2024:

      a.     Defendant YASIER ARISMENDY DE LOS SANTOS MOJICA used the telephone to arrange a sale of fentanyl to Person #2, a person known to the grand jury, in the vicinity of the El Punto Restaurant located at 4460 Whitaker Avenue, in Philadelphia, Pennsylvania.

b.      Defendant YASIER ARISMENDY DE LOS SANTOS MOJICA met with defendant EDWARD CORTORREAL, who operated a white Kia Soul that was regularly used by members of the DTO, near 5026 Gransback Street, Philadelphia, Pennsylvania. Defendants DE LOS SANTOS MOJICA and CORTORREAL then drove to the vicinity of 4925 Saul Street, Philadelphia, Pennsylvania, where they met with defendant RUMALDO ORTEGA-CONTRERAS.

c.      Defendant YASIER ARISMENDY DE LOS SANTOS MOJICA sold Person #2 approximately 50.1 grams of fentanyl for approximately $1,500 in the vicinity of the El Punto Restaurant, located at 4460 Whitaker Avenue, in Philadelphia, Pennsylvania.

d.      Defendant YASIER ARISMENDY DE LOS SANTOS MOJICA told Person #2 that he could help him obtain "motorbikes," a reference to a quantity of cocaine.

12.    On or about May 8, 2024:

a.      Defendant RUMALDO ORTEGA-CONTRERAS arranged, via telephone and text message, to sell Person #1 fentanyl, in the vicinity of 4925 Saul Street, Philadelphia, Pennsylvania.

b.      Defendant RUMALDO ORTEGA-CONTRERAS used the telephone to tell Person #1 that defendant ORTEGA-CONTRERAS was at defendant EMMANUEL REYES's residence, the stash house at 4925 Saul Street, Philadelphia, Pennsylvania. Defendant ORTEGA-CONTRERAS agreed to sell Person #1 narcotics at the same price that defendant LORENDY FRIAS SANTANA previously charged Person #1.

c.      Defendant RUMALDO ORTEGA-CONTRERAS sold Person #1 approximately 100 grams of fentanyl for approximately $2,300 in the vicinity of 4925 Saul

Street, Philadelphia, Pennsylvania. The sale occurred within 1,000 feet of Frankford High School, a public high school located at 5000 Oxford Avenue, Philadelphia, Pennsylvania.

13.     On or about May 28, 2024:

a.      Defendant YASIER ARISMENDY DE LOS SANTOS MOJICA arranged, via telephone, the sale of fentanyl to Person #2 in the vicinity of the El Punto Restaurant, located at 4460 Whitaker Avenue, in Philadelphia, Pennsylvania.

b.      Defendants YASIER ARISMENDY DE LOS SANTOS MOJICA and EDWARD CORTORREAL drove a white Kia Soul to the stash house located at 4925 Saul Street, Philadelphia, Pennsylvania and parked near Apartment 3, after which defendant ORTEGAS-CONTRERAS exited 4925 Saul Street, Apartment 3. A short while later, defendants DE LOS SANTOS MOJICA and CORTORREAL departed in the white Kia Soul.

c.      Defendants YASIER ARISMENDY DE LOS SANTOS MOJICA and EDWARD CORTORREAL sold Person #2 approximately 49 grams of fentanyl for approximately $1,500 in the vicinity of 4600 C. Street, Philadelphia, Pennsylvania. The sale occurred within 1,000 feet of Clara Barton Elementary School, a public elementary school located at 4600 Rosehill Street, Philadelphia, Pennsylvania.

14.     On or about May 28, 2024:

a.      Defendant EMMANUEL REYES arranged, via telephone, the sale of fentanyl to Person #1 at the stash house located at 4925 Saul Street, Philadelphia, Pennsylvania.

b.      When Person #1 arrived at 4925 Saul Street, defendant RUMALDO ORTEGA CONTRERAS was outside and spoke with Person #1.

c.      Defendant EMMANUEL REYES sold Person #1 approximately 77.5 grams of fentanyl for approximately $1,750, inside of 4925 Saul Street, Apartment 3,

Philadelphia, Pennsylvania. The sale occurred within 1,000 feet of Frankford High School, a public high school located at 5000 Oxford Avenue, Philadelphia, Pennsylvania.

  15. On or about June 12, 2024:

    a. Defendant WELLINGTON SANTANA GORIS used the telephone to agree to sell fentanyl to Person #1 near the Wawa located at 7001 Roosevelt Boulevard, in Philadelphia, Pennsylvania.

    b. Defendant WELLINGTON SANTANA GORIS sold Person #1 approximately 110.1 grams of fentanyl for approximately $4,500 in the parking lot of the Wawa at 7001 Roosevelt Boulevard, Philadelphia, Pennsylvania.

  16. On or about June 21, 2024, defendant YASIER ARISMENDY DE LOS SANTOS MOJICA arranged, via text message, for defendant EDWARD CORTORREAL to sell fentanyl to Person #3, a person known to the grand jury, because DE LOS SANTOS MOJICA was in the Dominican Republic.

  17. On or about June 25, 2024:

    a. Defendant EDWARD CORTORREAL used the telephone to arrange the sale of fentanyl to Person #3 at 4925 Saul Street, Philadelphia, Pennsylvania.

    b. Defendant EMMANUEL REYES gave Person #3 a sample of fentanyl in exchange for repayment of a $400 drug debt owed by one of Person #3's associates in the vicinity of 4925 Saul Street, Philadelphia, Pennsylvania, and within 1,000 feet of Frankford High School, a public high school located at 5000 Oxford Avenue, Philadelphia, Pennsylvania.

  18. On or about June 26, 2024:

a.      Defendant WELLINGTON SANTANA GORIS used the telephone to arrange the sale of fentanyl to Person #1 near the Wawa located at 7001 Roosevelt Boulevard, in Philadelphia, Pennsylvania.

b.      Defendant WELLINGTON SANTANA GORIS sold Person #1 approximately 199 grams of fentanyl for approximately $4,500 in the parking lot of the Wawa at 7001 Roosevelt Boulevard, Philadelphia, Pennsylvania.

19.     On or about June 27, 2024:

a.      Defendant EDWARD CORTORREAL used the telephone to arrange the sale of fentanyl to Person #3 in the vicinity of 4925 Saul Street, Philadelphia, Pennsylvania.

b.      Defendant EMMANUEL REYES sold Person #3 approximately 49.67 grams of fentanyl for approximately $1,500 in the vicinity of 4925 Saul Street, Philadelphia, Pennsylvania. The sale occurred within 1,000 feet of Frankford High School, a public high school located at 5000 Oxford Avenue, Philadelphia, Pennsylvania.

20.     On or about July 9, 2024:

a.      Defendant LORENDY FRIAS SANTANA arranged, via telephone, the sale of fentanyl to Person #1 in the vicinity of 5243 Howland Street, Philadelphia, Pennsylvania.

b.      Defendant LORENDY FRIAS SANTANA sold Person #1 approximately 74.9 grams of fentanyl for approximately $1,700 in the vicinity of 5243 Howland Street, Philadelphia, Pennsylvania.

c.      Defendant WELLINGTON SANTANA GORIS possessed with the intent to distribute approximately 10 kilograms of cocaine as he traveled from Atlanta, Georgia to Philadelphia, Pennsylvania in a tan Honda Odyssey bearing Pennsylvania tag MLZ-8757.

21.     On or about July 24, 2024:

   a. Defendant EMMANUEL REYES used the telephone to communicate with Person #1 so that Person #1 could retrieve fentanyl from the stash house at 4925 Saul Street, Philadelphia, Pennsylvania, Apartment 3, and sell it on behalf of defendant WELLINGTON SANTANA GORIS, who was in prison at the time.

   b. Defendant EMMANUEL REYES gave Person #1 approximately 80 grams of fentanyl from 4925 Saul Street, Philadelphia, Pennsylvania, Apartment 3, that was packaged similarly to quantities of fentanyl previously distributed by defendant WELLINGTON SANTANA GORIS.

  22. On or about August 5, 2024:

   a. Defendant YASIER ARISMENDY DE LOS SANTOS MOJICA arranged, via telephone, the sale of fentanyl to Person #3 in the vicinity of 4925 Saul Street, Philadelphia, Pennsylvania.

   b. Defendant YASIER ARISMENDY DE LOS SANTOS MOJICA sold Person #3 approximately 69.2 grams of fentanyl for approximately $1,940 near 4925 Saul Street, Philadelphia, Pennsylvania. The sale occurred within 1,000 feet of Frankford High School, a public high school located at 5000 Oxford Avenue, Philadelphia, Pennsylvania.

   c. Defendant LORENDY FRIAS SANTANA gave Person #1 a firearm belonging to defendant WELLINGTON SANTANA GORIS, that is, a Century Arms, model Micro VSKA firearm(bearing serial number MSV700147, with a magazine containing 16 rounds. Defendant FRIAS SANTANA and Person #1 previously discussed that Person #1 would attempt to sell that firearm in order to raise money for defendant SANTANA GORIS to use to post bail in defendant SANTANA GORIS's North Carolina criminal case.

   All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 10, 2023, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### WELLINGTON SANTANA-GORIS,
### a/k/a "El Viejo,"

knowingly and intentionally distributed 40 grams or more, that is, approximately 102 grams, of a

mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

16

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 10, 2023, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### WELLINGTON SANTANA-GORIS,
### a/k/a "El Viejo,"

knowingly and intentionally distributed 40 grams or more, that is, approximately 102 grams, of a

mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, within 1,000 feet of

the real property comprising Frankford High School, a Philadelphia public high school located at

5000 Oxford Avenue, Philadelphia, Pennsylvania, in violation of Title 21, United States Code,

Section 841(a)(1), (b)(1)(B).

In violation of Title 21, United States Code, Section 860(a).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 27, 2023, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### WELLINGTON SANTANA-GORIS,
#### a/k/a "El Viejo,"

knowingly and intentionally distributed 40 grams or more, that is, approximately 41.9 grams, of

a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 11, 2023, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### WELLINGTON SANTANA-GORIS,
### a/k/a "El Viejo,"

knowingly and intentionally distributed a mixture and substance containing a detectable amount

of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II

controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 2, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### LORENDY FRIAS SANTANA,
### a/k/a "Gordo,"

knowingly and intentionally distributed 40 grams or more, that is, approximately 100.691 grams,

of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 8, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### YASIER ARISMENDY DE LOS SANTOS MOJICA,
### a/k/a "El Rey,"

knowingly and intentionally distributed 40 grams or more, that is, approximately 50 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 8, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**RUMALDO ORTEGA-CONTRERAS,**
**a/k/a "Paciente,"**

knowingly and intentionally distributed 40 grams or more, that is, approximately 100 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 8, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### RUMALDO ORTEGA-CONTRERAS,
### a/k/a "Paciente,"

knowingly and intentionally distributed 40 grams or more, that is, approximately 100 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, within 1,000 feet of the real property comprising Frankford High School, a Philadelphia public high school located at 5000 Oxford Avenue, Philadelphia, Pennsylvania, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

In violation of Title 21, United States Code, Section 860(a).

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 28, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendants

**YASIER ARISMENDY DE LOS SANTOS MOJICA,**
**a/k/a "El Rey,"**
**and**
**EDWARD CORTORREAL,**
**a/k/a "Pinguino,"**

knowingly and intentionally distributed, and aided and abetted the distribution of, 40 grams or

more, that is, approximately 49 grams, of a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule

II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B) and Title

18, United States Code, Section 2.

24

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 28, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendants

**YASIER ARISMENDY DE LOS SANTOS MOJICA,**
**a/k/a "El Rey,"**
**and**
**EDWARD CORTORREAL,**
**a/k/a "Pinguino,"**

knowingly and intentionally distributed, and aided and abetted the distribution of, 40 grams or

more, that is, approximately 49 grams, of a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule

II controlled substance, within 1,000 feet of the real property comprising Clara Barton

Elementary School, a public elementary school located at 4600 Rosehill Street, Philadelphia,

Pennsylvania, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

In violation of Title 21, United States Code, Section 860(a) and Title 18, United

States Code, Section 2.

## <u>COUNT TWELVE</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 28, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**EMMANUEL REYES,**
**a/k/a "Manny,"**

knowingly and intentionally distributed 40 grams or more, that is, approximately 77.5 grams, of

a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

26

## COUNT THIRTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 28, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### EMMANUEL REYES,
### a/k/a "Manny,"

knowingly and intentionally distributed 40 grams or more, that is, approximately 77.5 grams, of

a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, within 1,000 feet of

the real property comprising Frankford High School, a Philadelphia public high school located at

5000 Oxford Avenue, Philadelphia, Pennsylvania, in violation of Title 21, United States Code,

Section 841(a)(1), (b)(1)(B).

In violation of Title 21, United States Code, Section 860(a).

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 12, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### WELLINGTON SANTANA-GORIS,
### a/k/a "El Viejo,"

knowingly and intentionally distributed 40 grams or more, that is, approximately 110 grams, of a

mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

28

## <u>COUNT FIFTEEN</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 25, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendants

**EMMANUEL REYES,**
**a/k/a "Manny,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount

of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II

controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT SIXTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 25, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendants

**EMMANUEL REYES,**
**a/k/a "Manny,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount

of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II

controlled substance, within 1,000 feet of the real property comprising Frankford High School, a

Philadelphia public high school located at 5000 Oxford Avenue, Philadelphia, Pennsylvania, in

violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

In violation of Title 21, United States Code, Section 860(a).

.

## COUNT SEVENTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 26, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**WELLINGTON SANTANA-GORIS,**
**a/k/a "El Viejo,"**

knowingly and intentionally distributed 40 grams or more, that is, approximately 199 grams, of a

mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT EIGHTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 27, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendants

**EDWARD CORTORREAL,**
**a/k/a "Pinguino,"**
**and**
**EMMANUEL REYES,**
**a/k/a "Manny,"**

knowingly and intentionally distributed, and aided and abetted the distribution of, 40 grams or

more, that is, approximately 49 grams, of a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule

II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B) and Title

18, United States Code, Section 2.

## <u>COUNT NINETEEN</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 27, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendants

**EDWARD CORTORREAL,**
**a/k/a "Pinguino,"**
**and**
**EMMANUEL REYES,**
**a/k/a "Manny,"**

knowingly and intentionally distributed, and aided and abetted the distribution of, 40 grams or

more, that is, approximately 49 grams, of a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule

II controlled substance, within 1,000 feet of the real property comprising Frankford High School,

a Philadelphia public high school located at 5000 Oxford Avenue, Philadelphia, Pennsylvania, in

violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

In violation of Title 21, United States Code, Section 860(a) and Title 18, United

States Code, Section 2.

## COUNT TWENTY

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 9, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**LORENDY FRIAS SANTANA,**
**a/k/a "Gordo,"**

knowingly and intentionally distributed 40 grams or more, that is, approximately 74.9 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT TWENTY-ONE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 5, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### YASIER ARISMENDY DE LOS SANTOS MOJICA,
### a/k/a "El Rey,"

knowingly and intentionally distributed 40 grams or more, that is, approximately 69.2 grams of a

mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT TWENTY-TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 5, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**YASIER ARISMENDY DE LOS SANTOS MOJICA,**
**a/k/a "El Rey,"**

knowingly and intentionally distributed 40 grams or more, that is, approximately 69.2 grams of a

mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, within 1,000 feet of

the real property comprising Frankford High School, a Philadelphia public high school located at

5000 Oxford Avenue, Philadelphia, Pennsylvania, in violation of Title 21, United States Code,

Section 841(a)(1), (b)(1)(B).

In violation of Title 21, United States Code, Section 860(a).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

      1.    As a result of the violations of Title 21, United States Code, Section

841(a)(1), set forth this indictment, defendants

**WELLINGTON SANTANA GORIS,**
**a/k/a "Gustavo Cruz,"**
**a/k/a "El Viejo,"**
**RUMALDO ORTEGA-CONTRERAS,**
**a/k/a "Paciente,"**
**EMMANUEL REYES**
**a/k/a "Manny"**
**LORENDY FRIAS SANTANA,**
**a/k/a "Gordo,"**
**EDWARD CORTORREAL,**
**a/k/a "El Pinguino,"**
**and**
**YASIER ARISMENDY DE LOS SANTOS MOJICA,**
**a/k/a "El Rey de Graza,"**
**a/k/a "El Rey,"**

shall forfeit to the United States of America:

      a)    any property used or intended to be used, in any manner or part, to

commit, or to facilitate the commission of, such violation including but not limited to:

      i.    a black 9 mm semi-automatic handgun, no serial number,

Polymer80 Inc., a privately made firearm, loaded with 1

magazine that contained 15 rounds;

      ii.    a black/tan polymer 80, 9 mm handgun (serial number

CA23832), with a black magazine with no rounds;

      iii.    a black Ruger .556 caliber AR556 (serial number 852-43052),

loaded with 25 rounds in a grey magazine;

      iv.    a tan-colored Glock, Model 19X, 9 mm semi-automatic

37

handgun (serial number ADLX388), with a magazine

containing 18 rounds;

v.      a black Glock, Model G35 Gen4, .40 caliber handgun (serial

number YGA396), with a magazine with 8 rounds; and

vi.     a Century Arms, model Micro VSKA firearm (bearing serial

number MSV700147), with a magazine containing 16 rounds,

b)      any property constituting, or derived from, proceeds obtained,

directly or indirectly, from the commission of such violation.

2.  If any of the property subject to forfeiture, as a result of any act or omission of

the defendant:

a)      cannot be located upon the exercise of due diligence;

b)      has been transferred or sold to, or deposited with, a third party;

c)      has been placed beyond the jurisdiction of the Court;

d)      has been substantially diminished in value; or

e)      has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

**A TRUE BILL:**

██████████████████████

**JACQUELINE C. ROMERO**
**United States Attorney**

No._ _ _ _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

WELLINGTON SANTANA GORIS et al

INDICTMENT

Counts

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (a)(1), (b)(1)(C) (conspiracy to distribute fentanyl and cocaine – 1 count); 21 U.S.C. § 841(a)(1), (b)(1)(B) (distribution of 40 grams or more of fentanyl – 12 counts); 21 U.S.C. §841(a)(1), (b)(1)(C) (distribution of fentanyl –2 counts); 21 U.S.C. § 860a (distribution of a controlled substance within 1,000 feet of a protected location – 7 counts); 18 U.S.C. § 2 (aiding & abetting); Notice of Forfeiture



Bail, $_____